UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE YOUNG,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>D. LUNA, et al.,<br><br>　　　　Defendants. | 1:13-cv-02014-LJO-GSA-PC<br><br>ORDER GRANTING REQUEST<br>(Doc. 11.)<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF A COPY OF COMPLAINT<br>(Doc. 1.) |

　　　　Eddie Young ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. On December 9, 2013, Plaintiff filed the Complaint commencing this action. (Doc. 1.) On December 13, 2013, the court issued an order denying Plaintiff leave to proceed in forma pauperis and dismissing this case under 28 U.S.C. § 1915(g), without prejudice to refiling the case with payment of the filing fee. (Doc. 4.)

　　　　On November 17, 2014, Plaintiff filed a request for a copy of his Complaint, to enable him to file an opening brief in his pending appeal at the Ninth Circuit. (Doc. 11.) Good cause appearing, Plaintiff's request shall be granted.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for a copy of his Complaint is GRANTED; and

2. The Clerk of Court is DIRECTED to send Plaintiff a copy of his Complaint for this action, filed on December 9, 2013 (Doc. 1).

IT IS SO ORDERED.

Dated:   **December 17, 2014**                         **/s/ Gary S. Austin**
                                                                              UNITED STATES MAGISTRATE JUDGE